MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA RODRIGUEZ SORENSEN (State Bar No. 250722)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiff I.F.

JOHN L. BURRIS, Esq., SBN 69888
ADANTE D. POINTER, Esq., SBN 236229
PATRICK M. BUELNA, Esq., SBN 317043
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiff R.F.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| I.F., by and through her guardian ad litem SHASTA SKINNER, individually and as successor-in-interest to Decedent RONELL FOSTER; R.F., by and through his guardian ad litem SHENA BATTEN, individually and as successor-in-interest to Decedent RONELL FOSTER; PAULA MCGOWAN, individually; and RONELL FOSTER, SR., individually.<br><br>　　　　　Plaintiffs,<br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; RYAN MCMAHON, individually and in his official capacity as a Police Officer for the CITY OF VALLEJO; and DOES 1-50, inclusive.<br><br>　　　　　Defendants. | No: 2:18-cv-00673-JAM-CKD<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |

The parties respectfully request that the Court modify the case management and trial dates as follows:

| Case Event | Current Date | Proposed Date |
|---|---|---|
| 1. Expert disclosures | August 2, 2019 | November 4, 2019 |
| 2. Rebuttal expert disclosures | August 16, 2019 | November 25, 2019 |
| 3. Joint Statement summarizing all law and motion | September 20, 2019 | December 20, 2019 |
| 4. Close of discovery | October 4, 2019 | January 27, 2020 |
| 5. Filing of Dispositive Motions | November 12, 2019 | February 25, 2020 |
| 6. Hearing on dispositive motions | December 10, 2019 | March 24, 2020 at 1:30 p.m. |
| 7. Pretrial conference | January 31, 2020 | May 1, 2020 at 10:00 a.m. |
| 8. Trial | March 9, 2020 | August 3, 2020 at 9:00 a.m. |

**Good Cause to Continue Pretrial Dates:**

As of the filing of this stipulation, plaintiffs have still not received all the requested discovery. Plaintiffs sent requests for production of documents in August 2018 and October 2018. However, due to defendants' ongoing internal investigation of this matter, and a disagreement regarding the stipulated protective order, crucial documents were not produced until March of 2019. Additional documents must still be produced, including defendant McMahon's personnel file, and videos of interviews. Plaintiffs must have these documents before proceeding with depositions of the defendants.

The parties are asking for the court to extend the scheduling order dates by approximately three months. Counsel for Plaintiff I.F. have two wrongful death trials scheduled in June and July of 2019 both in the Eastern District. Counsels for Plaintiffs R.F., Ronell Foster, Sr. and Paula McGowan have a personal injury case involving traumatic and permanent brain injury as well as

two wrongful death trials scheduled for June 2019. For this reason, we request an extension of the trial date until August 2020.

For the forgoing reasons, the parties respectfully request that the Court modify the case management order as requested herein.

DATED: April 29, 2019                                HADDAD & SHERWIN LLP

                                                     By:/s/ *Maya Rodriguez Sorensen*

                                                     MAYA RODRIGUEZ SORENSEN
                                                     Attorneys for Plaintiff I.F.


DATED:  April 29, 2019                               City Attorney for the City of Vallejo

                                                      /s/ *Timothy R. Smyth*
                                                     TIMOTHY R. SMYTH
                                                     Deputy City Attorney
                                                     Attorney for Defendants,
                                                     CITY OF VALLEJO, et al.


DATED: April 29, 2019                                Law Offices of John Burris

                                                      /s/ *Patrick Buelna*
                                                     PATRICK BUELNA
                                                     Attorney for Plaintiffs, R.F., et al.

IT IS SO ORDERED.

DATED:  4/30/2019                                    /s/ John A. Mendez_____

                                                     **Hon. John A. Mendez**
                                                     **U. S. District Court Judge**
                                                     **Eastern District of California**