MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA RODRIGUEZ SORENSEN (State Bar No. 250722)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiff I.F.

JOHN L. BURRIS, Esq., SBN 69888
ADANTE D. POINTER, Esq., SBN 236229
PATRICK M. BUELNA, Esq., SBN 317043
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiffs R.F., Paula McGowan, and Ronell Foster Sr.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| I.F., by and through her guardian ad litem SHASTA SKINNER, individually and as successor-in-interest to Decedent RONELL FOSTER; R.F., by and through his guardian ad litem SHENA BATTEN, individually and as successor-in-interest to Decedent RONELL FOSTER; PAULA MCGOWAN, individually; and RONELL FOSTER, SR., individually.<br><br>　　　　　Plaintiffs,<br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; RYAN MCMAHON, individually and in his official capacity as a Police Officer for the CITY OF VALLEJO; and DOES 1-50, inclusive.<br><br>　　　　　Defendants. | No: 2:18-cv-00673-JAM-CKD<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY AS TO DEFENDANT MCMAHON AND EXTEND CASE MANAGEMENT AND TRIAL DATES** |

The parties respectfully request that the Court stay only the deposition of Defendant Ryan McMahon (while continuing to exchange all written discovery) and extend all dates out by approximately four months.

The parties respectfully request that, subject to the Court's calendar, the Court modify the case management and trial dates as follows:

| Case Event | Current Date | Proposed Date |
|---|---|---|
| 1. Expert disclosures | November 4, 2019 | March 4, 2020 |
| 2. Rebuttal expert disclosures | November 25, 2019 | March 25, 2020 |
| 3. Joint Statement summarizing all law and motion | December 20, 2019 | April 20, 2020 |
| 4. Close of discovery | January 27, 2020 | May 27, 2020 |
| 5. Filing of Dispositive Motions | February 24, 2020 | June **30**, 2020 |
| 6. Hearing on dispositive motions | March 24, 2020 | July 28, 2020 **at 1:30 p.m.** |
| 7. Pretrial conference | May 1, 2020 | October 16, 2020 **at 10:00 a.m.** **The parties joint pretrial statement shall be filed no later than October 9, 2020.** |
| 8. Trial | August 2020 | December **7 ,** 2020 **at 9:00 a.m.** |

**Good Cause Regarding the Above Request:**

Ronell Foster Jr. was shot and killed by Defendant McMahon on February 13, 2018. The initial complaint was filed on May 1, 2018. As of the filing of this stipulation, the District Attorney for the County of Solano is still investigating the shooting death of Ronell Foster Jr. Consequently, Defendant McMahon notified the parties that he will be invoking his Fifth Amendment right against self-incrimination in any deposition related to the instant case. Defendant McMahon's attorney through his union informed all parties, including the City of Vallejo, about this intention just last month when the parties were working to set up Defendant

McMahon's deposition. Plaintiffs proceeded with depositions of witness officers and have completed five.

It is unclear when Solano County's investigation will conclude. Without Defendant McMahon's deposition testimony, the parties are unable to proceed with expert reports, expert discovery, dispositive motions, trial preparation, or with trial. While Solano County continues to investigate Mr. Foster's death, the parties can continue to exchange written discovery and depose other parties, persons most knowledgeable, and witnesses to the incident.

For this reason, the parties respectfully request that the Court stay deposition discovery as to Defendant McMahon, and modify the scheduling order for good cause as shown herein. The City of Vallejo will inform all parties within seven (7) days upon learning of the conclusion of the investigation by the District Attorney of Solano County into Ronell Foster's death. The parties also request a status conference in approximately three months in order to update the Court about the progress of the criminal investigation.

DATED: October 4, 2019  HADDAD & SHERWIN LLP

By:/s/ *Maya Rodriguez Sorensen*

MAYA RODRIGUEZ SORENSEN
Attorneys for Plaintiff I.F.

DATED: October 4, 2019  City Attorney for the City of Vallejo

 */s/ Timothy R. Smyth*
TIMOTHY R. SMYTH
Deputy City Attorney
Attorney for Defendants,
CITY OF VALLEJO, et al.

DATED: October 9, 2019  Law Offices of John Burris

*/s/ Patrick Buelna*
　　　　　　　　　　　　　　　　　　　　　　　PATRICK BUELNA
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs, R.F., et al.

**ORDER**

Based on the parties' stipulation, and with good cause appearing therefore,

IT IS HEREBY ORDERED:

The deposition of Defendant Ryan McMahon is stayed and the case management and trial dates are continued as outlined in the chart above. Further, the Court orders an updated joint Status Report shall be filed on or before **April 20, 2020.**

DATED:　October 9, 2019　　　　　　　　/s/ John A. Mendez_____

　　　　　　　　　　　　　　　　　　　　**Hon. John A. Mendez**
　　　　　　　　　　　　　　　　　　　　**U. S. District Court Judge**