**RANDY RISNER**
Interim City Attorney, SBN 172552
**BY: TIMOTHY R. SMYTH**
Deputy City Attorney, SBN 258661
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email: timothy.smyth@cityofvallejo.net
*Attorneys for Defendants,*
*CITY OF VALLEJO, RYAN McMAHON*

MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510
Attorneys for Plaintiff I.F., through her Next Friend,
SHASTA SKINNER

JOHN L. BURRIS, Esq., SBN 69888
ADANTE D. POINTER, Esq., SBN 236229
LATEEF H. GRAY, Esq., SBN 250055
PATRICK M. BUELNA, Esq., SBN 317043
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Attorneys for Plaintiffs R.F., through his guardian ad litem
SHENA BATTEN, PAULA MCGOWAN,
and RONELL FOSTER, SR.

**Case No. 2:18-cv-00673-JAM-CKD**  Joint Status Report

- 1 -

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| I.F., by and through her Next Friend, SHASTA SKINNER, individually and as successor-in-interest to Decedent RONELL FOSTER; R.F., by and through his guardian ad litem SHENA BATTEN, individually and as successor-in-interest to Decedent RONELL FOSTER; PAULA McGOWAN, individually; and RONELL FOSTER, SR.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO; a municipal corporation; RYAN McMAHON, individually as a Police Officer for the CITY OF VALLEJO; and DOES 1-50, inclusive, jointly and severally,<br><br>Defendants. | Case No: 2:18-cv-00673-JAM-CKD<br><br>**JOINT STATUS REPORT AND STIPULATION AND ORDER** |

On October 9, 2019, this Court entered an order staying discovery of this case as to Defendant Officer Ryan McMahon while the District Attorney for the County of Solano investigated the underlying case to determine whether to bring criminal charges. This investigation was completed as of Friday, January 31, 2020, with the District Attorney deciding not to prosecute Defendant Officer McMahon.

Pursuant to this Court's order, counsel for the City notified all parties on Monday, February 3, 2020, regarding the District Attorney's decision. As such, the Plaintiffs now seek to depose Officer McMahon, which is currently set for February 27, 2020.

Given the above, the parties respectfully request that, subject to the Court's calendar, the Court modify the case management and trial dates for this matter as follows:

| Case Event | Current Date | Proposed Date |
|---|---|---|
| 1. Expert disclosures | March 4, 2020 | April 8, 2020 |
| 2. Rebuttal expert disclosures | March 25, 2020 | April 22, 2020 |
| 3. Joint Statement summarizing all law and motion | April 20, 2020 | May 11, 2020 |
| 4. Close of discovery | May 27, 2020 | June 1, 2020 |
| 5. Filing of Dispositive Motions | June 30, 2020 | UNCHANGED |
| 6. Hearing on dispositive motions | July 28, 2020 | UNCHANGED |
| 7. Pretrial conference | October 16, 2020 | UNCHANGED |
| 8. Trial | December 7, 2020 | UNCHANGED |

**Good Cause Regarding the Above Request:**

Discovery as to Defendant McMahon was stayed until January 31, 2020 – the date of the DA's investigation being concluded. Defendant McMahon's deposition testimony is integral to the case, and the experts for all parties shall need his testimony to develop their respective opinions. Defendant McMahon's deposition is now set for February 27, 2020, and under the current timelines for the case, there is not enough time for Defendant McMahon's testimony to be transcribed with copies then provided to experts for review and to develop opinions. The parties agree that good cause exists to extend the deadlines as outlined above so as to be able to complete the necessary discovery in this action. These changes will not affect deadlines for dispositive motions or the pretrial conference and trial dates.

DATED: February 7, 2020                Respectfully submitted,

                                             */s/ Timothy R. Smyth*
                                             TIMOTHY R. SMYTH
                                             Deputy City Attorney
                                             Attorney for Defendants

DATED: February 7, 2020

/s/ *Adante Pointer*
Adante Pointer
Attorneys for Plaintiffs, R.F., Paula McGowan, and Ronell Foster, Sr.
Law Offices of John Burris

DATED: February 7, 2020

/s/ *Michael Haddad*
Michael Haddad
Attorneys for Plaintiff, I.F.
Haddad & Sherwin LLP

## ORDER

Based on the parties' stipulation, and with good cause appearing therefore,

IT IS HEREBY ORDERED:

The case management and trial dates are continued as outlined in the chart above.

DATED: 2/10/2020 /s/ John A. Mendez

**Hon. John A. Mendez**
**U. S. District Court Judge**