1  MICHAEL J. HADDAD (State Bar No. 189114)
   JULIA SHERWIN (State Bar No. 189268)
2  TERESA ALLEN (State Bar No. 264865)
   HADDAD & SHERWIN LLP
3  505 Seventeenth Street
   Oakland, California 94612
4  Telephone: (510) 452-5500
   Facsimile: (510) 452-5510
5

6  Attorneys for Plaintiff I.F.

7
   JOHN L. BURRIS, Esq., SBN 69888
8  ADANTE D. POINTER, Esq., SBN 236229
   PATRICK M. BUELNA, Esq., SBN 317043
9  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Center
10 7677 Oakport St., Suite 1120
   Oakland, CA 94621
11 Telephone: (510) 839-5200
   Facsimile: (510) 839-3882
12

13 Attorneys for Plaintiffs R.F., Paula McGowan, and Ronell Foster Sr.

14

### UNITED STATES DISTRICT COURT

15

### EASTERN DISTRICT OF CALIFORNIA

16

17  I.F., by and through her guardian ad litem SHASTA
    SKINNER, individually and as successor-in-interest to      ) No: 2:18-cv-00673-JAM-CKD
18  Decedent RONELL FOSTER; R.F., by and through his           )
    guardian ad litem SHENA BATTEN, individually and           )
19  as successor-in-interest to Decedent RONELL                ) **STIPULATION AND ORDER**
    FOSTER; PAULA MCGOWAN, individually; and                   ) **FOR FORENSIC**
20  RONELL FOSTER, SR., individually.                          ) **EXAMINATION AND**
                                                                ) **SAMPLING OF DECEDENT'S**
21                                                             ) **BIOLOGICAL SAMPLES**
              Plaintiffs,                                       )
22  vs.                                                         )
                                                                )
23  CITY OF VALLEJO, a municipal corporation; RYAN             )
    MCMAHON, individually and in his official capacity as      )
24  a Police Officer for the CITY OF VALLEJO; and              )
    DOES 1-50, inclusive.                                      )
25                                                             )
              Defendants.                                       )
26                                                             )

27

28

1          On February 17, 2020, Plaintiff I.F. served a subpoena requiring the Solano County

2   Coroner's Office and forensic pathologist Arnold Josselson, MD, to produce recuts of histological

3   slides to, and permit examination and sampling of decedent Ronell Foster's biological material by,

4   Plaintiff's expert forensic pathologist, Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP, CP,

5   FP, NP, including:

6       1) Produce recuts of ALL tissue histology slides stained with hematoxylin and eosin stains,
           including sections of ALL tissues and organs in stock jars, concerning Ronell Diangelo
7          Foster (Case No. 2018-0159, DOB 11/18/1984, DOD 2/13/2018), and do NOT freeze
8          samples, slides, or stock jars; and

9       2) Permit entry onto premises for Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP, CP,
           FP, NP, to inspect, measure, examine, photograph, test, and take samples and sections of any
10         and all tissues, blood, and other biological matter and create additional tissue and/or
           histology slides and samples relating to Ronell Diangelo Foster (Case No. 2018-0159, DOB
11         11/18/1984, DOD 2/13/2018).

12

13          Solano County and Dr. Josselson do not object to the required production and

14  examination, but has stated that it requires a Stipulation and Order to comply with the subpoena.

15  The parties to this matter, as well as Solano County and Dr. Josselson, hereby stipulate and agree

16  that, at a time and date mutually convenient for Solano County, the parties, Dr. Josselson and Dr.

17  Omalu, the inspection and sampling set forth in the subpoena shall occur.

18

19  DATED: March 3, 2020                           HADDAD & SHERWIN LLP

20                                                  _/s/ Julia Sherwin____
                                                    JULIA SHERWIN
21                                                  Attorneys for Plaintiff I.F.

22

23  DATED: March 5, 2020                           City Attorney for the City of Vallejo

24

25                                                  _/s/ Timothy R. Smyth_____
                                                    TIMOTHY R. SMYTH
26                                                  Deputy City Attorney
27                                                  Attorney for Defendants

28

| | |
|---|---|
| DATED: March 5, 2020 | Law Offices of John Burris |
| | |
| | _/s/ Adante D. Pointer_ |
| | ADANTE D. POINTER |
| | PATRICK BUELNA |
| | |
| | Attorney for Plaintiffs, R.F., et al. |
| | |
| DATED: March 5, 2020 | Solano County Counsel |
| | |
| | _/s/ Ramona M. Margherio_ |
| | RAMONA M. MARGHERIO |
| | Deputy County Counsel |
| | Attorney for Solano County and Dr. Josselson |

**ORDER**

Based on the parties' stipulation, and with good cause appearing therefore,

IT IS SO ORDERED.

Dated: March 12, 2020

_____

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.18cv673.stip