MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiff I.F.

JOHN L. BURRIS, Esq., SBN 69888
ADANTE D. POINTER, Esq., SBN 236229
PATRICK M. BUELNA, Esq., SBN 317043
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiffs R.F., Paula McGowan, and Ronell Foster Sr.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| I.F., by and through her guardian ad litem SHASTA SKINNER, individually and as successor-in-interest to Decedent RONELL FOSTER; R.F., by and through his guardian ad litem SHENA BATTEN, individually and as successor-in-interest to Decedent RONELL FOSTER; PAULA MCGOWAN, individually; and RONELL FOSTER, SR., individually.<br><br>　　　　Plaintiffs,<br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; RYAN MCMAHON, individually and in his official capacity as a Police Officer for the CITY OF VALLEJO; and DOES 1-50, inclusive.<br><br>　　　　Defendants. | No: 2:18-cv-00673-JAM-CKD<br><br>**STIPULATION AND JOINT REQUEST FOR SETTLEMENT CONFERENCE WITH NORTHERN DISTRICT MAGISTRATE JUDGE LAUREL BEELER; ORDER** |

TO THE HONORABLE COURT:

By and through their counsel of record in this action, all parties hereby stipulate for the purposes of jointly requesting that the Court grant a transfer of this case to the United States District Court for the Northern District of California for the limited purpose of conducting the settlement conference before the Honorable Magistrate Judge Laurel Beeler. The settlement conference would take place before Judge Beeler on July 21, 2020 at 10:00 a.m. at the San Francisco Courthouse, Courtroom C, located at 450 Golden Gate Ave., San Francisco, California 94102.  The parties have contacted Judge Beeler's chambers concerning this matter, and Judge Beeler, who has familiarity with all counsel in this case, would agree to conduct the settlement conference as requested.

All other dates and deadlines from the Court's Scheduling Orders will not be affected by this settlement conference.

DATED: April 23, 2020                    HADDAD & SHERWIN LLP

                                                             */s/ Michael J. Haddad*
                                                             MICHAEL J. HADDAD
                                                             Attorneys for Plaintiff I.F.


DATED: April 23, 2020                    ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

                                                             */s/ Dale L. Allen, Jr.*
                                                             DALE L. ALLEN, JR.
                                                             Attorneys for Defendant City of Vallejo


DATED: April 23, 2020                    LAW OFFICES OF JOHN L. BURRIS

                                                             */s/ Adante D. Pointer*
                                                             ADANTE D. POINTER
                                                             PATRICK BUELNA

                                                             Attorney for Plaintiffs, R.F., et al.

**ORDER**

Based on the parties' stipulation, and with good cause appearing therefore, IT IS SO ORDERED.

DATED: April 24, 2020    /s/ John A. Mendez

**Hon. John A. Mendez**

U. S. District Court Judge