MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiff I.F.

JOHN L. BURRIS, Esq., SBN 69888
ADANTE D. POINTER, Esq., SBN 236229
PATRICK M. BUELNA, Esq., SBN 317043
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiffs R.F., Paula McGowan, and Ronell Foster Sr.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| I.F., by and through her guardian ad litem SHASTA SKINNER, individually and as successor-in-interest to Decedent RONELL FOSTER; R.F., by and through his guardian ad litem SHENA BATTEN, individually and as successor-in-interest to Decedent RONELL FOSTER; PAULA MCGOWAN, individually; and RONELL FOSTER, SR., individually.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; RYAN MCMAHON, individually and in his official capacity as a Police Officer for the CITY OF VALLEJO; and DOES 1-50, inclusive.<br><br>Defendants. | No: 2:18-cv-00673-JAM-CKD<br><br>**STIPULATION AND ORDER TO ADJUST CERTAIN PRETRIAL DATES; TRIAL DATE UNAFFECTED**<br>**(AS MODIFIED BY THE COURT)** |

TO THE HONORABLE COURT:

On October 9, 2019, this Court entered an order staying discovery of this case as to Defendant Officer Ryan McMahon while the District Attorney for the County of Solano investigated the underlying case to determine whether to bring criminal charges. That investigation was completed as of Friday, January 31, 2020, with the District Attorney deciding not to prosecute Defendant Officer McMahon. Counsel for the City notified all parties on Monday, February 3, 2020, regarding the District Attorney's decision. This court last addressed the pretrial dates in this case in its order dated February 11, 2020 (Doc. 40). Since that time, in addition to exchange of documents, the parties have completed the depositions of Defendant McMahon, several percipient officer-witnesses, some command staff, and all adult Plaintiffs.

On March 18, 2020, all Defendants associated in new defense counsel, Dale L. Allen, Jr., from Allen, Glaessner, Hazelwood & Werth, LLP. Mr. Allen and Plaintiffs' counsel met telephonically shortly thereafter to confer about outstanding discovery and case dates and deadlines. The parties informally agreed that due to defense counsel's recent appearance in the case, it would be appropriate to seek continuance of certain pretrial dates to allow new counsel to get up to speed. Then, on April 9, 2020, attorney Bruce A. Kilday, from Angelo, Kilday & Kilduff, LLP, informed the parties that he would be substituting in as counsel for Defendant Officer McMahon. The parties began to meet and confer again concerning case dates to try to accommodate the scheduling needs of Mr. Kilday and his soon-to-be client, Officer McMahon. Mr. Kilday filed his appearance in this matter on Friday, April 24, 2020.

At this time, discovery is mostly complete, however, due to the changes in counsel and the COVID-19 restrictions, the parties had to repeatedly reschedule the depositions of four members of the Vallejo Police Department (VPD) command staff and a VPD Rule 30(b)(6) witness. Those depositions were completed on April 27, 2020, by video-conference. Plaintiffs represent that those depositions were necessary for Plaintiffs' claims, including a *Monell* claim, and necessary for their experts to review before expert disclosures could be completed. Anticipating that this stipulation

would have been filed before Mr. Kilday announced his impending entry to this case, the parties had informally agreed that expert reports would be exchanged two weeks after those four VPD depositions were completed.  Additionally, due to the fact that certain administrative investigations by the Vallejo Police Department concerning this shooting are still ongoing, Defendants agree that Plaintiffs may take the previously noticed Rule 30(b)(6) deposition concerning those investigations, subject to any objections by Defendants, when the investigations are complete, which Defendants anticipate will be complete within sixty days.  Despite significant difficulties caused by the COVID-19 restrictions, all counsel have been working cooperatively to try to conduct necessary discovery and avoid unnecessary conflicts.

Also due to COVID-19 and public health hazards, Plaintiffs' expert forensic pathologist, Dr. Bennett Omalu, has been unable to do examination of Decedent's tissue and biological material at the Solano County Coroner's Officer that had been stipulated and ordered to take place at a mutually convenient date and time.  (Doc. 42).  It is unclear when he will be able to do that necessary work with the decedent's blood, tissue, and biological matter.  Dr. Omalu's work at the Coroner's Office is necessary before he can draft his Rule 26 report.  However, the parties have agreed that Dr. Omalu may submit his Rule 26 disclosures within two weeks of when he completes his examination at the Coroner's Office.

The parties also agree that it is not necessary to have completed expert discovery in order to brief Defendant(s)' anticipated motion(s) for summary judgment.

The parties have also agreed to participate in a settlement conference, and in a separate stipulation and order, Northern District Magistrate Judge Laurel Beeler will conduct the settlement conference on July 21, 2020.  (Doc. 46).

Finally, the parties respectfully request that this court preserve, if possible, the current dates for trial and pretrial conference.  The parties believe that the proposed schedule below addresses the unique necessities of this case, of original and recently-joined counsel, and complications caused by COVID-19, while changing dates as little as possible and preserving the trial and pretrial conference dates.

Given the above, the parties respectfully request that, subject to the Court's calendar, the Court modify the case management for this matter as follows:

| Case Event | Current Date | Proposed Date |
|---|---|---|
| 1. Expert disclosures | April 8, 2020 | May 11, 2020* (except for expert Bennett Omalu, M.D., whose Rule 26 disclosure will be due 14 days after he completes his previously ordered work at the Coroner's Office) |
| 2. Rebuttal expert disclosures | April 22, 2020 | June 8, 2020 |
| 3. Joint Statement summarizing all law and motion | May 11, 2020 | May 26, 2020 |
| 4. Close of fact discovery | June 1, 2020 | June 8, 2020 |
| 5. Filing of Dispositive Motions | June 26, 2020 | July 10, 2020 |
| 6. Filing of Oppositions to Dispositive Motions | Per court rules | August 4, 2020 |
| 7. Filing of Replies to Dispositive Motions | Per court rules | August 11, 2020 |
| 8. Hearing on dispositive motions | July 28, 2020 | August **25**, 2020 at 1:30 p.m. |
| 9. Close of Expert Discovery | June 1, 2020 | August 30, 2020 |
| 10. Pretrial conference | October 16, 2020 | UNCHANGED |
| 11. Trial | December 2020 | UNCHANGED |

**So Stipulated.**

DATED: May 8, 2020                                HADDAD & SHERWIN LLP

                                                         */s/ Michael J. Haddad*
                                                         MICHAEL J. HADDAD
                                                         Attorneys for Plaintiff I.F.

DATED: May 8, 2020                                ALLEN, GLAESSNER, HAZELWOOD &
                                                      WERTH, LLP

                                                         */s/ Dale L. Allen, Jr.*
                                                         DALE L. ALLEN, JR.
                                                         Attorneys for Defendant City of Vallejo

DATED: May 8, 2020                                ANGELO, KILDAY & KILDUFF

                                                         */s/ Bruce A. Kilday*
                                                         BRUCE A. KILDAY
                                                         Attorneys for Defendant Ryan McMahon

DATED: May 8, 2020                                LAW OFFICES OF JOHN L. BURRIS

                                                         */s/ Adante D. Pointer*
                                                         ADANTE D. POINTER
                                                         PATRICK BUELNA
                                                         Attorney for Plaintiffs, R.F., et al.

**ORDER (AS MODIFIED BY THE COURT)**

Based on the parties' stipulation, and with good cause appearing therefore, IT IS SO ORDERED.

DATED:  May 8, 2020                    /s/ John A. Mendez_____

**Hon. John A. Mendez**
**U. S. District Court Judge**