# EXHIBIT 3



## SOLANO COUNTY SHERIFF'S OFFICE
Thomas A. Ferrara, Sheriff-Coroner

Coroner's Office
520 Clay Street, Fairfield, CA 94533
Office (707) 784-7500 / Fax (707) 784-7501

☒ **AUTOPSY**          ☐ **EXTERNAL EXAMINATION**

**NAME:** Ronell Diangelo Foster

**CASE NO:** 2018-0159

**POSTMORTEM DATE:** February 15, 2018

**TIME:** 0824 Hours

**PLACE OF DEATH:** Alleyway

**DATE:** February 13, 2018
**TIME:** 1951 Hours

**AGE:** 33            **SEX:** Male            **RACE:** Black

**AUTOPSY FINDINGS:**
1. Fatal gunshot wound of abdomen and right chest
2. Fatal gunshot wound of left chest
3. Fatal gunshot wound of left chest and right chest
4. Fatal gunshot wound of head
5. Non-fatal gunshot wound of left shoulder
6. Non-fatal gunshot wound or right back
7. Non-fatal gunshot wound of left arm
8. Gunshot wounds of each lung, aorta, liver, kidney, and brain with bilateral hemothoraces and hemoperitoneum

**CAUSE OF DEATH:** Multiple Gunshot Wounds (minutes)

_A. Josselson  3-21_
**ARNOLD R. JOSSELSON, M.D.**
Forensic Pathologist

*Dedicated to Community Service*

NAME: Ronell Diangelo Foster                                          CASE NO: 2018-0159

The autopsy is conducted at the Solano County Coroner's Office in Fairfield, CA. The body is sealed in a body bag sealed with blue Coroner seal #136649.

## EXTERNAL EXAMINATION

The body is that of a normally developed, normally nourished male appearing the reported age of 33 years. The clothing on the body consists of a pair of blue jeans with a black belt at the level of the mid-thigh, a black tennis shoe and white sock on the left foot, a black hooded sweatshirt that says "California" on the front, a pair of plaid red boxer shorts, a black t-shirt and a white undershirt. A matching shoe and a black sock are submitted with the body. The left ear is pierced and there is a white metal stud with a large clear stone through the piercing. The right earlobe is pierced as well and a matching earring is found in the body bag. Around the neck is a gold-colored necklace with a gold-colored pendant. The pocket of the jeans are several candies and two small clear plastic bags, one of which contains a white powder, the other which contains crystals. Examination of the sweatshirt reveals a gunshot in the upper left front, a gunshot in the left sleeve, three holes on the upper left back, one gunshot hole in the mid right back, and one hole on the right front. In the black t-shirt, there are three bullet holes in the left back, one hole in the right back, one in the left sleeve, one in the left shoulder, and one in the upper right front. The body measures 5'11" and weighs 169 pounds. The head is symmetrical. The scalp is covered with short black hair of normal male distribution. There is a beard and mustache. The face is symmetrical. The irides are brown, and the pupils are round and equal. The sclerae and conjunctivae are clear. The external ears, nose and lips are normally developed. There is no evidence of fracture or hemorrhage of the nose or mouth. The buccal mucosa and tongue show no lesions. The teeth are intact and in adequate repair. The ears reveal no evidence of trauma or hemorrhage. The neck is symmetrical and the trachea is palpable in the midline. The chest, abdomen, back, upper and lower extremities are normally developed. The abdomen is slightly protuberant, and there are no visible abdominal scars. The external genitalia are those of a normal adult male. There are no needle tracks in the antecubital fossae. There are no transverse scars on the wrists. The hands, fingers, and fingertips are intact and reveal no trauma. There are multiple tattoos on the body including "Valle" on the posterior left forearm, "CAT" on the anterior left forearm, an unidentifiable word on the lateral left forearm, several tattoos on the left side of the neck, a tattoo on the right side of the neck which says "Rene", a tattoo on the posterior upper right arm which appears to be a plant leaf and "Est 06", an unidentifiable tattoo on the lateral right forearm, several tattoos on the posterior right forearm, a tattoo on the posterior right hand, and a tattoo on the posterior left hand.

## EVIDENCE OF MEDICAL THERAPY

There are plastic patches on the right chest, the upper left flank, and the upper right flank. There are EKG pads on the chest and abdomen.

## EXTERNAL EVIDENCE OF INJURY

There are approximately seven abrasions on the anterior right knee measuring up to 2 cm. On the medial mid lower left leg there is a deep linear 4 cm abrasion. On the right cheek, 3 cm lateral to the

NAME: Ronell Diangelo Foster                                    CASE NO: 2018-0159

right eye, there is a superficial 5 mm abrasion. On the right frontal scalp just above the hairline is a deep 2 cm laceration.

There are seven gunshot wounds to the body. They are numbered 1-7 for convenience sake only. There is no soot or stippling about any of the entry defects, making all seven gunshot wounds of distant or indeterminate range.

Gunshot wound number 1 is a fatal gunshot wound through the abdomen and right chest. The entry defect is located on the left lower quadrant of the abdomen at a point 49 cm below the top of the shoulder and 16 cm to the left of the anterior midline. The entry defect is oblong measuring 1.2 cm. There is a superior 3 x 5 cm abrasion. The projectile enters the left side of the abdomen. Passes through the lower pole of the left kidney, passes through the abdominal aorta at the entry of the right renal artery, passes through the right lobe of the liver, passes through the right hemidiaphragm, passes through the base of the right lung, and ends up free in the lower right chest cavity where a full metal jacketed, mushroomed, large caliber projectile is recovered. This projectile, and all recovered projectiles, are given to Evidence Technician Dailey of the Vallejo P.D. The path of gunshot wound number 1 is from the victim's left to right and up.

Gunshot wound number 2 is a fatal gunshot wound of the left chest. The entry defect is located on the lateral left mid back at a point 23 cm below the top of the shoulder and 15 cm to the left of the posterior midline. The entry defect is round measuring 1 cm with a 2 mm symmetrical abrasion margin. The projectile enters the left chest cavity through the lateral 5th rib and 5th intercostal space leaving a large defect, passes through the left upper lung lobe and exits the left chest at a point 32 cm below the top of the head and 1.5 cm to the left of the anterior midline. The exit defect is oblong and measures 1.5 cm. The path of gunshot wound number 2 is from the victim's left to right, back to front, and up.

Gunshot wound number 3 is a fatal gunshot wound of the left and right chest. The entry defect appears to be the same entry as the entry of gunshot wound 2. It then passes through the left lower lung lobe, passes across the thoracic aorta just below the great vessels, passes through the right upper lung lobe and exits on the posterolateral upper right chest wall at a point 18 cm below the top of the shoulder, 25 cm to the right of the anterior midline. The exit defect is rectangular and measures 2 cm. The path of gunshot wound number 3 is from the victim's left to right, back to front, and up.

Gunshot wound number 4 is a fatal gunshot wound of the head. The entry defect is located on the superior left parietal scalp at a point 7.5 cm above the right ear. It is round measuring 6 mm. The bullet enters the cranial cavity, passes across the left occipital lobe, passes across the pons, passes across the right occipital lobe, and comes to rest in the right temple just above the right ear, where a large caliber, copper-jacketed, mushroomed bullet is recovered. The path of gunshot wound number 4 is from the victim's left to right and back to front.

Gunshot wound number 5 is a non-fatal gunshot wound to the back. The entry defect is located on the lateral lower left shoulder at a point 10 cm below the top of the shoulder and 23 cm to the left of the posterior midline. It is oblong measuring 1.5 cm. The projectile passes through the left shoulder

Page 3

NAME:  Ronell Diangelo Foster                                                   CASE NO: 2018-0159

and comes to rest under the mid left clavicle, where a large caliber, copper-jacketed, mushroomed projectile is recovered. The path of gunshot wound number 5 is from the victim's back to front and up.

Gunshot wound number 6 is a non-fatal gunshot wound to the right back. The entry defect is located on the lateral mid right back at a point 27 cm below the top of the shoulder and 13 cm to the right of the posterior midline. The entry defect is round measuring 6 mm with a 1 cm medial abrasion. The bullet passes through the right scapula and exits on the lower anterior right shoulder 6 cm below the top of the shoulder. The exit defect is rectangular measuring 2 cm. The path of gunshot wound number 6 is from the victim's back to front and up.

Gunshot wound number 7 is a gunshot wound of the left arm. The entry defect is located on the posterior mid left forearm at a point 30 cm above the fingertips. The entry defect is oblong measuring 2 cm. The bullet passes through the left forearm, fracturing the ulna, and exits on the posterolateral left elbow 47 cm above the fingertips. The exit defect measures 2.5 x 6 cm. The bullet then briefly passes through the skin of the posterolateral left elbow just 4 cm above the previously-described exit leaving a 5 cm round defect. The path of gunshot wound number 7 is from the victim's right to left, back to front, and up.

Three other bullets are recovered outside the body; one on the right sleeve of the sweatshirt, one from the right side of the t-shirt, and one lying freely in the body bag adjacent to the left side of the neck. All three bullets are copper-jacketed, large caliber, mushroomed projectiles.

## INTERNAL EXAMINATION

The body is examined using the thoraco-abdominal and posterior scalp incisions.

**HEAD:**

The reflected scalp shows several contusions in the midline from the frontal area to the vertex, and a 10 cm contusion in the left occipital scalp. The calvarium shows an entry defect approximately on the left side of the vertex. There is a large linear fracture extending anteriorly and a large linear fracture extending posteriorly from this entry defect. The base of the skull is unremarkable. The left temporal muscle shows hemorrhage. On removal of the calvarium, there is no evidence of epidural, subdural, or subarachnoid hemorrhage. The leptomeninges are thin and delicate. The tentorium, cerebellum, and falx are intact. The vessels at the base of the brain have a normal configuration and show no atherosclerosis. The brain is symmetrical and weighs 1458 grams. The convolutionary pattern is smooth and symmetrical. There is no evidence of herniation or softening. Multiple coronal sections show the previously-described wound path through the brain. The cerebellum, mid-brain, and medulla show no abnormalities. The dura is stripped and reveals linear fractures in the left posterior and right posterior cranial fossae, a fracture of the right orbital roof, a fracture and an exit defect in the lateral right middle cranial fossa. The left orbital roof is intact and unremarkable.

Page 4