# EXHIBIT 7





