# EXHIBIT 9



421 Walnut Street, Suite 120
Napa, CA 94559

Phone: 707 257-0828
Fax: 707 257-3240
StutchmanForensic.com
Info@StutchmanForensic.com

**Gregg M. Stutchman**        **Stephen C. Buller**        **Christopher Rusin**

TO:            John Burris
               Patrick Buelna
               Law Office of John

CASE:          **Foster v. City of Vallejo**

FROM:          Gregg Stutchman
               Chief Forensic Analyst

ASSISTING:     Steve Buller
               Forensic Analyst

SUBJECT:       Forensic Video Enhancement & Analysis
               Preparation of Video Still Images

DATE:          April 7, 2020

### GREGG STUTCHMAN'S SUMMARY OF QUALIFICATIONS

I am the Chief Forensic Analyst and founder of Stutchman Forensic Laboratory.  My area of expertise includes the forensic clarification and analysis of audio and video evidence recordings. I have worked in the criminal justice system for more than 47 years, as a police officer, investigator, and since 1992, a forensic analyst. I have testified as an expert witness in my field of forensics on approximately 280 occasions throughout the United States and in Canada.  My testimony includes State and Federal Courts.  See my attached CV for further information.

### ASSISTING ANALYST'S SUMMARY OF QUALIFICATIONS

Steve Buller has worked in the forensic audio and video field since 1998. He began his forensic career by working with Gregg Stutchman while attending college. Steve has completed numerous Forensic Audio and Video Certification trainings and is a member of the American Board of Recorded Evidence. Mr. Buller has co-presented lectures with Gregg Stutchman on

1

forensic audio and video matters at professional conferences and meetings throughout the United States. Mr. Buller's specialty is directed towards Forensic Video Enhancement and Analysis.

## BACKGROUND & ASSIGNMENT

Our lab was retained by the Law Office of John Burris in the matter of Foster v. Vallejo to perform the following:

- Forensic enhancement/clarification of the body cam video listed below.
- Extract still images from the enhanced/clarified video.
- Conduct analysis of the video.

## VIDEO FILE RECEIVED

The file below was received for the services described above. It is from an AXON officer-worn video camera, and captured part of the shooting incident in this case.

AXON_Body_2_Video_2018-02-13_1941 [CONFIDENTIAL]

## INITIAL ANALYSIS

The length of the above video is 3 min 59 sec. It begins in progress. There is no audio for the first 29 seconds. This video was recorded using an Axon body camera worn on the person of the officer involved in the incident and who shot Mr. Foster. The Axon camera records to RAM continually. When the officer activates it, it retrieves the video from the RAM going back 30 seconds. During these 30 seconds, no sound is recorded. Sound is recorded from the time the officer hits record. In the video, the officer has already shot Mr. Foster before the audio begins. At 34.836 seconds (Elapsed time) the officer radios "Shots fired," which indicates the shots fired took place before the audio began.

The video file received was in an MP4 format. This is a compressed format. Compression results in degraded image quality because it reduces the file size, resulting in loss of fine detail. When working with this file format, we converted it to an uncompressed .AVI format to achieve the best enhancement/clarification results.

## FORENSIC ENHANCEMENT/CLARIFICATION

The AXON video, in this case, was imported into our Lab's dedicated forensic video software program, Ikena Forensic by Motion DSP, Inc.  The first 40 seconds were forensically enhanced/clarified using Ikena filters. The filters which were used to clarify the video are the highlights and shadows, contrast, de-blurring, and brightness filters.  The forensic enhancement/clarification was saved as an uncompressed .AVI file (Real-time and slowed to 25%).

## STILL FRAMES (IMAGES) FROM ENHANCED/CLARIFIED VIDEO

This video was recorded at 29.970 frames per second.  They are consecutive and no time is not represented between the frames. All still images were extracted from the enhanced/clarified real-time video using tools within VirtualDub and were saved in uncompressed PNG. format.  This allows viewing of the incident frame-by-frame or studying any frame in detail. The still images can be reviewed frame-by-frame using any computer image viewer.

## OPINIONS AND CONCLUSION

- The video in this case if from an AXON body-worn camera.
- The length of the video is 3 min. 59 sec. long.
- It begins in progress.
- There is no audio for the first 29 seconds.
- The shots were fired before the audio began.
- The video begins with Mr. Foster laying on the ground.

**Note: The times below are in seconds and milliseconds (1/1000 second)**
- At 0.934 seconds (Elapsed time) (Frame 82) The officer is pressing the taser into Mr. Foster's torso on his right side.
- At 04.572 (Frame 138) Mr. Foster tries to sit up.  The officer has his taser in his left hand.
- At 05.138 (Frame 154) The officer is holding his duty flashlight by the head of the flashlight in his right hand.
- At 06:540 (Frame 168) Mr. Foster is still seated on the ground, but partially sitting up.
- At 06.707 (Frame 201) The officer has his taser against Mr. Foster's torso.
- At 06.940 (Frame 208) Both of Mr. Foster's hands are visible. They are empty.
- At 07.307 (Frame 219) Mr. Foster's hand has reached up under the left hand of the officer, while the officer is holding the taser at his torso.
- At 08.609 (Frame 258) Mr. Foster is again laying on his back.  The officer has his taser against his upper body.
- At 14.915 (Frame 447) Mr. Foster can be seen laying on the ground on his left side.  His jeans have come down and his boxer shorts can be seen.

- At 15.449 (Frame 463) The officer points his taser at Mr. Foster's right side but then pulls it back.
- At 16.016 (Frame 480) Mr. Foster is laying on the ground. Both of his hands are visible and are empty.
- At 16.216 (Frame 486) Mr. Foster is still laying on the ground. Both of his hands are visible and are empty.
- At 17.017 (Frame 510) Mr. Foster remains on his back on the ground.
- At 20.420 (Frame 612) Mr. Foster is still laying on the ground. The officer's right hand is holding his flashlight.
- At 23.524 (Frame 705) Mr. Foster has sat up.
- At 24.024 (Frame 720 ) An object consistent with the end of a duty flashlight is seen in the right hand of the officer.
- At 24.324 (Frame 729) Mr. Foster's legs can be seen in a sitting position on the ground.
- At 26.627 (Frame 798) Mr. Foster appears to be attempting to get up. He is bent over with both hands touching the ground. His knees are bent and his feet are on the ground.
- At 27.127 (Frame 813) (Frame Mr. Foster's legs are bent at the knees and he appears to be falling to his right.
- At 27.494 (Frame 824) ) Mr. Foster is seen with his left side to the officer. He appears to be falling to his right.
- At 27:761 (Frame 832) The officer's hands can be seen holding his pistol with both hands, aiming it at Mr. Foster.
- At 27.828 (Frame 834) Mr. Foster has fallen into the planter area.
- At 28.028 (Frame 843) Mr. Foster is laying with his feet on the patio, his knees on the wall of the garden area and the rest of his body in the planter bed.
- There is no further movement by Mr. Foster.

## REPORT EXHIBITS

| No. | Description | Exhibit Type |
|---|---|---|
| 1. | AXON_Body_2_Video_2018-02-13_1941 [CONFIDENTIAL]_Ikena | Enhanced video |
| 2. | AXON_Body_2_Video_2018-02-13_1941 [CONFIDENTIAL]_Ikena_Slowed to 25% | Enhanced and slowed video to 25% |
| 3. | Still Images From Enhanced Video (Folder containing images) | All still image from enhanced video |

## PAPER & PUBLICATIONS

See the attached CV.

4

## EXPERT RETAINERS

Our hourly rate for laboratory services, fieldwork and travel is currently $220 per hour.  My rate for testimony exceeding six hours per day is $330 per hour.  We have received payment in the amount of $1372.80.

## GREGG STUTCHMAN

## TESTIMONY

| CASE NAME | LOCATION | YEAR | CASE NO |
|---|---|---|---|
| People v. Sandra Crossley | Solano Co., CA | 2000 | FCR177304 |
| Syed Khadir v. RPM Systems | Sacramento Co., CA | 2000 | PV3060 |
| People v. Smith | San Diego Co., CA | 2000 | |
| People v. Socorro Caro | Ventura Co., CA | 2001 | CR-47813 |
| People v. Loren Herzog | Stockton, CA | 2001 | 98-24654 |
| People v. Edward Cameron | San Francisco, CA | 2001 | SCN 174205 |
| People v. David Pope | Lake Co., CA | 2001 | CR-4897 |
| People v. Paul Henderson | San Bernardino Co., CA | 2001 | Inf027515 |
| People v. Jean Roberts | Napa Co., CA | 2001 | |
| People v. Socorro Caro | Ventura Co., CA | 2001 | CR47813 |
| People v. David Cranney | Stockton, CA | 2002 | |
| People v. Narinder Virk | Ventura Co, CA | 2002 | |
| People v. Minh Le | Alameda Co., CA | 2002 | H27160C |
| People v. Cameron | San Francisco Co., CA | 2002 | SCN174205 |
| People v. Cranney | San Joaquin Co, CA | 2002 | |
| People v. Tom Calkins | Multnomah Co., OR | 2003 | |
| People v. Christopher Garrens | Sonoma Co., CA | 2003 | |
| People v. Felipe Madueno, et al | Mendocino Co., CA | 2003 | SKUK-CRCR 02-4782 |
| People v. Abedelal | Solano Co. CA | 2004 | |
| People v Victor Davis | Solano Co., CA | 2004 | 158881 |
| People v. Sonjia Miles | Alameda Co., CA | 2004 | |
| People v. Jacob Cuevas | Yolo Co., CA | 2004 | 00F01835 |
| People v. Kris Kovac | Orange, Co., CA | 2004 | |
| People v. Russell DelFiorentino | Mendocino Co., CA | 2004 | MCRM-CRCR-04-60601 |
| Mike Ponder v. County of Los Angeles | Los Angeles, CA | 2004 | |
| Perdew v. Cotati Police Dept. | Sonoma Co., CA | 2004 | |
| People v. Thomas Barton | Lebanon, OH | 2005 | |
| Surrell-Jacobson v. Christian & McCune | Contra Costa County, CA | 2005 | C02—1412 |

| People v. Apodaca | Merced Co., CA | 2005 | SCN 28659 |
| People v. Reed | Alameda Co., CA | 2005 | |
| People v. Chernobieff | Placer Co., CA | 2005 | 62-42340B |
| Cook v. CA Dept of Corrections | Lassen Co., CA | 2005 | 05-1258-05-1010 |
| Mesku v. Redlands Unified School district | San Bernardino County, CA | 2005 | |
| People v. Paul Harford | Solano County, CA | 02-09-06 | VCR 17840 |
| National Union Ins. V. PG&E | Sonoma County Superior Court. Deposition | 02-23-06 | Case No. 982058 |
| Sandhu v. Army Corps of Engineers | Federal Administrative Law Court case. Deposition | 04-28-06 | SF-0752-06-0037-1-1 |
| Sequoia Ins. V. International Recording | Los Angeles Superior Court. Deposition | 05-01-06 | Glendale Case EC 040537 |
| People v. Patrick Paul | Jury trial, Los Angeles Superior Court | 05-05-06 | NA 06 80 11 |
| Robinson v. Fred Meyer Stores | Arbitration hearing, Tacoma, WA | 05-10-06 | |
| Sandhu v. Army Corps of Engineers | Federal Administrative Law Court case | 05-12-06 | SF-0752-06-0037-1-1 |
| McCormack v. Byrne | Tehema County Superior Court. Deposition | 06-05-06 | CI 55314 |
| U.S. v. Mizyed (Ghacham) | USDC C.D. Cal Case | 07-27-06 | CR-03-398RMT |
| People v. Melinda Jones | Santa Barbara | 08-01-06 | PC 187(a) Court# 1200839 |
| Hutchinson v. State of Calif. | Federal District Count San Francisco | | CO2-974-JSW |
| State of Idaho v. Ellington | Kootenai County Court | 09-05-06 | CR-06-0001497 |
| People v. Richard Peacock | Mendocino County Superior Court | 09-06-06 | MCTM-CRCR-05-65785 |
| People v. Rutledge | Sonoma County Superior Court (Calif.) | 09-12-06 | MCR443363 |
| People v. Paul Harford | Solano County Superior Court (CA) | 10-19-06 | VCR 174840 |
| National Union Fire Ins v. PGE | Sonoma County Superior Court (CA) | 10-03-06 | LM# 981485 |
| People v. Steve Dinsmore | Humboldt County Superior Court (CA) | 12-11-06 | CR 055635S |
| People v. James Assad | Inyo County Superior Court (CA) | 01-11-07 | MBCRF-05-39234 |
| State of Calif. v. Grover's Bar | Calif. Administrative Law Court | 08-02-07 | |

| | | | |
|---|---|---|---|
| Devine v. Carter | Bozeman, Mt. | 08-28-07 | |
| Lopez v. WMMC | Los Angele County Superior Court | | |
| People v. Jeffery Paulson | San Diego County Superior Court | 11-20-07 | |
| People v. John Noyse | Napa County Superior Court | 01-11-08 | CR 134851 |
| People v. Luis Lopez | Imperial County Superior Court. | 02-26-08 | JCF-19695 |
| Neagle v. Granite Construction | Sacramento County Superior Court. | 03-07-08 | 04AS01929 |
| People v. Hunter | Marin County Superior Court | 04-04-08 | SC097312A |
| Sequoia Insurance Company v. International Recording Corp. | Los Angeles Superior Court | 04-23-08 | EC 040537 |
| People v. Nichols | Ventura County Superior Court | 08-13-08 | 2007028409 |
| People v. Knight | Napa County Superior Court | 08-20-08 | CR 134 795 |
| Lawwill v. McItire | Marin Co. (deposition) | 09-22-08 | CIV 075411 |
| Bailey v. Safeway | Alameda Co. (deposition) | 09-29-08 | |
| Bailey v. Safeway | Alameda Co. | 10-29-08 | |
| Laurie Smith v. Norma Bachoura M.D., et al. | Marin Co. (deposition) | 10-31-08 | |
| People v. Michael Cornett | Sonoma Co. Superior Court | 11-13-08 | DAR 544977 |
| People v. Gabriel Schnabel | Solano Co. Superior Court | 01-29-09 | VCR 193082 |
| Firouzeh Taghdir v. Ali Taghdir | District Court Clark County, NV | 04-06-09 | D-02-280354 |
| Gottesman v. Cathedral Oaks Tennis, Swim & Athletics Club Inc. et al. | Santa Barbara Co. | 03-04-09 | |
| Carson etc. v. Fox etc. | Los Angeles Co.Superior Court | 04-15-09 | BC34996 |
| People v. Randall Kling | Ventura Co. Superior Court | 04-21-09 | |
| People v. Knight | Napa Co. Superior Court | 05-19-09 | |
| People v. Martinez | Contra Costa Co. Superior Court | 06-25-09 | J06-00805 |

| | | | |
|---|---|---|---|
| Alm v. Wetlesen, et al. | Marin Co. (deposition) | 10-05-09 | CV082507 |
| Hart v. StorQuest | Alameda Co. (deposition) | 10-12-09 | RG05236587 |
| People v. Trevor Stoligrosz | Placer Co. | 11-04-09 | 62-90058 |
| U.S. v. Jose Angel Villasenor | Federal Court (Sac.) | 11-05-09 | Cr: 07-0248 WBS |
| Hart v. StorQuest | Alameda Co. (deposition) | 01-19-10 | RG05236587 |
| B.A.R.T | Administrative hearing | 03-22-10 | |
| Jepsen v. Blockbuster | Multnomah County, OR | 06-09-10 | |
| Archer v. Food 4 less | Solano County, CA | 08-23-10 | |
| B.A.R.T | Alameda County Arbitration | 09-09-10 | PO CM-4942-A |
| State of Arizona v. Dimitri Rozenman | Phoenix, Arizona | 10-08-10 | CR2009-007039-001DT |
| Shenk v. Symms Fruit Ranch (Deposition) | Boise, ID | 11-16-10 | |
| Shenk v. Symms Fruit Ranch (Trial Testimony) | Boise, ID | 01-20-11 | |
| People v. Andrew Brus Trial Testimony | Kern County | 03-10-11 | BF123847A |
| People v. Shemeeka Davis | Contra Costa County | 06-07-11 | DKT No.: 4-159066-0 |
| People v. Marcus Buggs | Contra Costa County | 07-07-11 | DKT No.: 5-100421-7 |
| Singh v. City of Gilroy | U.S. Northern Distinct of Calif. | 07-26-11 | C09-00740EJD |
| Estate of Lindsay Leonard v. Moran Foods et al. | Multnomah County, OR Superior Court | 11-02-11 | 1008-11857 |
| Luz Hernandez v. City of Napa | U.S. Northern Distinct of Calif. | 01-10-12 | C09-2782 EDL |
| Dominic Debellis v. Nizar Abdullah, Wahed Abdullah, Barstow Fuel 76 | San Bernardino County (Barstow) Superior Court Deposition | 01-18-12 | CIVBS900069 |
| Dominic Debellis v. Nizar Abdullah, Wahed Abdullah, Barstow Fuel 76 | San Bernardino County (Barstow) Superior Court | 02-22-12 | CIVBS900069 |

| | | | |
|---|---|---|---|
| Luz Hernandez v. City of Napa | U.S. Northern Distinct of Calif. | 06-04-12 | C09-2782 EDL |
| Glenn v. Washington County | U.S. District Court, OR | 08-28-12 | C08-950-MO |
| Larry W. Young, Individually and on behalf of the Wrongful Death Beneficiaries of Loretta K. Young and Brittany N. Young v. WG Construction Company, Inc. | Deposition | 09-13-12 | T-10-278-HLL |
| Schwartz, Jennifer v. Wal-Mart, Inc. | Deposition | 09-20-12 | C107 ON 5972 |
| State of Oregon v. Nicholas Gonzalez | Portland, OR | 10-04-12 | 08C21846 |
| People v. Minnis | San Mateo County, CA | 11-28-12 | |
| R. V. Levin (Criminal trial) | Calgary, Canada | 01-14-13 | 100842400-Q1 |
| People v. Park | Los Angeles County | 05-20-13 | |
| Whitney Duenez, et al v. City of Manteca | Deposition | 07-03-11 | USDC Cal. Eastern Dist. Case No.: 2:11-ev-01820-LKK-KHN |
| People v. Reynaldo A. Maldanado | San Mateo County Superior Court | 10-29-13 | SC065313 |
| People v. Hammond | Napa Superior Court | 11-04-13 | CR160493 |
| Principle Capital Partners v. Interactive Brokers | | | 11-01626 |
| State v. Eric M. Harris | Stevens County Superior Court – Motions Hearing | 01-09-14 | 13-1-00113-1 |
| State v. Eric M. Harris | Stevens County Superior Court – Jury Trial | 01-15-14 | 13-1-00113-1 |
| People v. Smith | Alameda County Superior Court – Jury Trial | 02-27-14 | |
| Sherwin Williams v. City of Pasadena | Los Angeles County Superior Court – Jury Trial | 02-28-14 | LASC: BC477905 |

| | | | |
|---|---|---|---|
| Victor Louis Velasquez v. City of Santa Clara, et. al., | United States District Court – Jury Trial | 03-28-14 | Civil Action No. 5:11-CV-03588 PSG |
| People v. Dofus Gallon | Lake County, CA Superior Court – Jury Trial | 04-18-14 | Case No.: CR-927232 |
| Dease v. Lyon, et al. | Deposition | 08-28-14 | |
| People v. Joshua Lowe | Placer County, CA Superior Court | 12-17-14 | Case No.: 62-125348B |
| Estate of Eric Rios-Martinez v. Peter Muhlrad | Deposition | 01-15-15 | |
| Leon v. County of Santa Clara et al. | Deposition | 03-05-15 | |
| People v. Eduardo Chaparro-Esquivel | San Francisco Superior Court | 03-16-15 | Case No.: 11031974 |
| Moorad v. Ruggieri | Deposition | 04-17-15 | |
| Ohio v. Michale Brelo | Cuyahoga County, OH | 04-27-15 | Case No.: 13382265 |
| Chavez v. City of Hayward | United States District Court – Northern District of California | 05-22-15 | Case No. C14-00470 |
| Xiong v. City of Merced | United States District Court | 05-28-15 | |
| Xiong v. City of Merced | United States District Court | 09-16-15 | |
| O'Toole v. City of Antioch | United States District Court | 09-22-15 | |
| Moorad v. Ruggieri | JAMS San Francisco Arbitration | 10-01-15 | |
| Los Angeles Police Dept. Matter of Ryan Powell | Board of Commissioners | 10-28-15 | |
| Lam v. City of San Jose | United States District Court, Northern Division of California, San Jose. California | 12-4-2015 | |
| State Farm General Insurance Co., v. Alma Cruz; Alma Cruz v. Raudel & Georgina Garcia | Superior Court of California, County of Sonoma | 3-8-2016 | Case No. SCV 254109 |
| Molina v. City of Visalia | Deposition – Los Angeles, Ca | 3-23-2016 | USDC Case No.: 1:13-CV-00836-LJO-SAB |
| Molina v. City of Visalia | Deposition – Napa, Ca | 6-27-2016 | USDC Case No.: |

10

| | | | |
|---|---|---|---|
| | | | 1:13-CV-00836-LJO-SAB |
| Doe v. Marten | Deposition | 1-10-2017 | Case No. CPF-11-511337 |
| People v. Antolin Garcia Torres | San Jose Superior Court | 3/29/2017 | Case No. C1233134 |
| People v. Bredon Quiles | Santa Clara Superior Court | 4/10/2017 | Case No. C1501990 |
| Munoz v. Santa Ana Unified School District | Deposition Napa, Ca | 6/1/2017 | |
| People v. Ryan Maxstadt | Ukiah, Ca Superior Court | 8/17/2017 | Case No. 16-88551 |
| Tykisha Diodato, Danielle Fonda-Thomas & Lisa Zampella v. Spirit Airlines | Deposition San Francisco, Ca | 11/8/2017 | Case No. BC616183 |
| Clifford v. AEPi | Sacramento Superior Court, Sacramento, Ca | 3/8/2018 | |
| People v. Priscilla Soto | Alameda Superior Court, Dublin, Ca | 4/5/2018 | |
| Acacia Tinsley v. Yin Family Trust | Solano County Superior Court | 7/2/2018 | |
| State of Florida v. Arrowood | Taylor Co. Superior Court | 8/23/2018 | Case No. 2015-CF-198 |
| Mario Woods v. City of SF | Deposition | 1/31/2019 | |
| Lape v. Cinemark | Deposition | 3/29/2019 | |
| People v. Charles Merritt | San Bernardino County Superior Court | 4/24/2019 | |
| People v. Charles Merritt | San Bernardino County Superior Court | 4/30/2019 | |
| People v. Susan Miller | Mendocino County Superior Court | 4/4/2019 | Case No. 18-93826 |
| US v. Gallagher | San Diego Naval Base | 6/24/2019 | |
| Banks-Reed (Tindle) v. BART | Deposition | 7/31/2019 | Case No. 18-CV-05755-YGR |
| People v. Adam Bernard | Douglas County, NV Superior Court | 2/3/2020 | |
| Banks-Reed (Tindle) v. BART | Federal District Court, Oakland, Ca | 2/11/2020 | Case No. 18-CV-05755-YGR |
| Banks-Reed (Tindle) v. BART | Federal District Court, Oakland, Ca | 2/27/2020 | Case No. 18-CV-05755-YGR |

*Gregg Stutchman*

Gregg Stutchman
Chief Forensic Analyst