**JOHN L. BURRIS, ESQ., SBN 69888**
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com

**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.F., et al., <br><br>            Plaintiffs, <br>v. <br><br> CITY OF VALLEJO, et al., <br><br>            Defendants. | CASE NO.: 2:18-cv-00673-JAM-CKD <br><br> **DECLARATION OF PATRICK BUELNA IN SUPPORT OF PLAINTIFF'S R.F. MOTION FOR PARTIAL SUMMARY ADJUDICATION** <br><br> HON. JOHN A. MENDEZ <br><br> Date:  August 25, 2020 <br> Time:  1:30 p.m. <br> Ctrm:  6, 14th Floor |

I, PATRICK M. BUELNA, declare:

1. I am the attorney of record for Plaintiff in this action. I am licensed to practice in the state of California and have been admitted to courts in the Northern, Eastern and Central District of California, and the Ninth Circuit Court of Appeals. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts contained herein.

2. The parties met and conferred on June 12, 2020 to discuss the filing of Plainitff R.F.'s Rule 56 motion and the scheduling of the filing dates.

3. EXHIBIT 1 attached is a true and correct copy of relevant portions of Defendant Ryan McMahon deposition transcript.

4. EXHIBIT 2 attached is a true and correct copy of Vallejo Police Department radio dispatch from the incident placed on a USB and manually filed.

5. EXHIBIT 3 attached is a true and correct copy of the Solano County Coroner's Office Forensic Pathologist Arnold R. Josselson, M.D. report and findings of Decedent Ronell Foster, Jr.'s autopsy.

6. EXHIBIT 4 attached is a true and correct copy of a photograph taken of Defendant's flashlight.

7. EXHIBIT 5 attached is a true and correct copy of a photograph of Decedent's head laceration.

8. EXHIBIT 6 attached is a true and correct copy of Police Practices Expert Jack Ryan's Rule 26 Report signed under oath.

9. EXHIBIT 7 attached is a true and correct copy of Still Frames taken from Defendant McMahon's Video Deposition.

10. EXHIBIT 8 attached is a true and correct copy of Defendant McMahon's Video Deposition placed on a USB and manually filed.

11. EXHIBIT 9 attached is a true and correct copy of forenisc expert Greg Stutchman's Rule 26 Report.

12. EXHIBIT 10 attached is a true and correct copy of forensic expert Greg Stutchman's enhancement of Defendant's body warn camera video file placed on a USB and manually filed.

13. EXHIBIT 11 attached is a true and correct copy of the still frames #702-918 from forensic expert Greg Stutchman's from his enhancement of Defendant's body warn camera video.

14. EXHIBIT 12 attached is a true and correct copy of a photograph of the back of Ronell Foster's head taken after the autopsy.

15. EXHIBIT 13 attached is a true and correct copy of a photograph of Ronell Foster's left back and shoulder taken after the autopsy.

16. EXHIBIT 14 attached is a true and correct copy of a photograph of Ronell Foster's left side taken after the autopsy.

17. EXHIBIT 15 attached is a true and correct copy of a photograph of Ronell Foster's right back taken after the autopsy.

18. EXHIBIT 16 attached is a true and correct copy of a photograph of Ronell Foster's left arm taken after the autopsy.

19. EXHIBIT 17 attached is a true and correct copy of the Defendant McMahon's body worn camera video placed on a USB and manually filed.

20. EXHIBIT 18 attached is a true and correct copy of Forensic Pathologist Dr. Omalu's Rule 26 expert report.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 26, 2020                    Respectfully submitted,

**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**

/s/ Patrick Buelna
PATRICK M. BUELNA
COUNSEL FOR PLAINTIFFS