**JOHN L. BURRIS, ESQ., SBN 69888**
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com

**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.F., et al.,<br><br>　　　　Plaintiffs,<br>v.<br><br>CITY OF VALLEJO, et al.,<br><br>　　　　Defendants. | CASE NO.: 2:18-cv-00673-JAM-CKD<br><br>**NOTICE OF MANUAL FILING OF EXHIBITS 2, 8, 10, AND 17 LODGED IN SUPPORT OF PLAINTIFF R.F.'S MOTION FOR PARTIAL SUMMARY ADJUDICATION**<br><br>HON. JOHN A. MENDEZ<br><br>Date:　　August 25, 2020<br>Time:　　1:30 p.m.<br>Ctrm:　　6, 14th Floor |

# MANUAL FILING NOTIFICATION

Regarding:

(1)     EXHIBITS 2, 8, 10, and 17 attached to the DECLARATION OF PATRICK BUELNA filed in support of Plaintiff R.F.'s Motion for Partial Summary Adjudication.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's Office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  This filing was not efiled for the following reason(s):

[_]     Voluminous Document (PDF file size larger than the efiling system allows).

[_]     Unable to Scan Documents.

[_]     Physical Object (description): _____.

[X]     Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media.

[_]     Item Under Seal.

[_]     Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_]     Other (description): High Quality Photograph.

Date: June 26, 2020                              Respectfully submitted,

**POINTER & BUELNA, LLP**
**LAWYERS FOR THE PEOPLE**

/s/ Patrick Buelna
PATRICK M. BUELNA
COUNSEL FOR PLAINTIFFS

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

1

**CERTIFICATE OF SERVICE**
I.F., et al. v. Vallejo, et al.
Case No.: 2:18-cv-00673-JAM-CKD

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA:**

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; My business address is 7677 Oakport Street, Suite 1120, Oakland, California 94621. On the date below, I served on the named parties and /or counsel of record:

| | |
|---|---|
| Bruce Kilday | Dale Allen |
| Derick Konz | John Robinson |
| Angelo, Kilday & Kilduff, LLP | Allen, Glaessner, Hazelwood & Werth |
| 601 University Ave., Suite 150 | 180 Montgomery Street, Suite 1200 |
| Sacramento, CA 95825 | San Francisco, CA 94104 |
| bkilday@akk-law.com | DAllen@aghwlaw.com |
| dkonz@akk-law.com | jrobinson@aghwlaw.com |

The following documents in the manner checked below: Plaintiff's Exhibits 2, 8, 10 and 17 in support of Plaintiff R.F.'s Rule 56 Motion

☐ **(VIA MAIL -- CCP §§ 1013(a), 2015.5)** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with my firm's business practice of collection and processing of correspondence for mailing with the U.S. Postal Service and correspondence placed for collection and mailing would be deposited in the U.S. Postal Service at Oakland, California, with postage thereon fully prepaid, that same day in the ordinary course of business.

☐ **(VIA PERSONAL DELIVERY -- CCP §§ 1011, 2015.5)** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand delivered on that day by Russ Taylor, in the ordinary course of my firm's business practice.

☒ **(COURTESY COPY VIA E-MAIL or ELECTRONIC TRANSMISSION -- CCP §§ 1013(e), 2015.5, CRC 2008)** Based on the recent COVID-19 virus and state shelter in place order the parties accept service by e-mail or electronic transmission, I caused the document to be sent to the persons at the e-mail address(es) or the facsimile number listed above. I am readily familiar with my firm's business practice of collection and processing of correspondence via facsimile transmission(s) and any such correspondence would be transmitted in the ordinary course of business. The facsimile transmission(s) was reported as complete and without error, and a copy of the transmission report is attached.

☐ **(VIA OVERNIGHT MAIL/COURIER -- CCP §§ 1013(c), 2015.5)** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and placing each for collection by overnight mail service or overnight courier service. I am familiar with my firm's business practice of collection and processing of correspondence for overnight mail or overnight courier service, and my correspondence placed for collection for overnight delivery would, in the ordinary course of business, be delivered to an authorized courier or driver authorized by the overnight mail carrier to receive documents, with delivery fees paid or provided for, that same day, for delivery on the following business day.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **June 29, 2020**, at Oakland, California.

/s/Patrick Buelna
Patrick Buelna