BRUCE A. KILDAY, S.B. #66415
 Email: bkilday@akk-law.com
DERICK E. KONZ, S.B. #286902
 Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendant RYAN McMAHON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.F., by and through her guardian ad litem SHASTA SKINNER, individually and as successor-in-interest to Decedent RONELL FOSTER; et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF VALLEJO, a municipal corporation; et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 2:18-cv-00673-JAM-CKD<br><br>**DEFENDANT RYAN McMAHON'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>**Date:　　　August 25, 2020**<br>**Time:　　　1:30 p.m.**<br>**Courtroom:　6 (14th Floor)**<br><br>**Honorable John A. Mendez** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on August 25, 2020, at 2:00 p.m. in Courtroom 6 or as soon as thereafter as may be heard at the United States District Courthouse located at 501 I Street, Sacramento, California, Defendant RYAN McMAHON will move this Court for summary judgment on Plaintiffs' First Amended Complaint. Defendant has met and conferred with Plaintiffs over the phone and by email about the issues raised in Defendant's motion and a compromise could not be reached.

The motion will be based on this Notice of Motion, the Memorandum of Points and

Authorities filed in support thereof, Defendant's Statement of Undisputed Facts, Defendant's Notice of Lodging, the supporting Declarations and exhibits attached thereto, as well as the complete files and records in this action and on any such other matters as may be presented at or before the time of hearing.

Dated: July 10, 2020                                      ANGELO, KILDAY & KILDUFF

                                                                    */s/ Derick E. Konz*
                                                         By:_____
                                                              DERICK E. KONZ.
                                                              Attorney for Defendant RYAN
                                                              McMAHON