MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiff I.F.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| I.F., by and through her guardian ad litem SHASTA SKINNER, individually and as successor-in-interest to Decedent RONELL FOSTER; R.F., by and through his guardian ad litem SHENA BATTEN, individually and as successor-in-interest to Decedent RONELL FOSTER; PAULA MCGOWAN, individually; and RONELL FOSTER, SR., individually.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; RYAN MCMAHON, individually and in his official capacity as a Police Officer for the CITY OF VALLEJO; and DOES 1-50, inclusive.<br><br>Defendants. | CAND No: 20-mc-80075-LB<br>CAED No: 2:18-cv-00673-JAM-CKD<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION BETWEEN PLAINTIFFS AND THE CITY OF VALLEJO, AND ORDER, FOR MAGISTRATE JUDGE LAUREL BEELER'S EXERCISE OF JURISDICTION TO RESOLVE REMAINDER OF CASE** |

Case No. 2:18-cv-00673-JAM-CKD: NOTICE OF SETTLMENT AND STIP AND (PROPOSED) ORDER FOR MAGISTRATE JURISDICTION

[Plaintiffs' Statement preceeding stipulation]:  TO THE COURT AND PARTIES, please take notice that the parties have reached a conditional settlement agreement, discussed below.  All Plaintiffs and the City of Vallejo have further stipulated to Magistrate Judge Laurel Beeler to exercise jurisdiction to resolve the minors' compromises and enforce the settlement, as set forth below.  The City of Vallejo and its risk management authority will be paying all settlement funds.  Bruce Kilday, counsel for Defendant Ryan McMahon, has not responded to multiple requests to respond to this stipulation.

**STIPULATION BETWEEN ALL PLAINTIFFS AND DEFENDANT CITY OF VALLEJO**

The parties participated in a settlement conference before Magistrate Judge Laurel Beeler on July 21, 2020, and have continued settlement discussions.  The parties have reached an agreement to settle this matter, subject to approval by the California Joint Powers Risk Management Board of Directors.  To conserve the time and resources of this Court, the parties hereby consent that Judge Beeler shall exercise jurisdiction to resolve the forthcoming motions to approve minors' compromises for the minor Plaintiffs, and to enforce the settlement, and the parties hereby consent to Magistrate Judge Beeler's exercise of jurisdiction over this matter for all purposes related to the settlement.  If the settlement is not approved, the case will revert back to the jurisdiction of Judge John A. Mendez for remaining proceedings, including trial.  Judge Beeler has agreed to accept jurisdiction of this matter for settlement and post-settlement matters, to conserve the time and resources of this Court.  The parties request that all dates in this matter be vacated and the Court issue a 90-day conditional dismissal, to permit the parties to execute appropriate settlement releases and documents, to permit Judge Beeler to hear and decide the motions to approve minor's compromises, and for Defendants to issue settlement checks.  If the matter is not resolved, Judge Beeler shall remand the matter back to the jurisdiction of Judge A. Mendez for further proceedings.

No: 2:18-cv-00673-JAM-CKD: NOTICE OF SETTLEMENT AND STIP AND (PROPOSED) ORDER FOR MAGISTRATE JURISDICTION    1

| | |
|---|---|
| DATED: July 30, 2020 | HADDAD & SHERWIN LLP |
| | */s/ Julia Sherwin*<br>JULIA SHERWIN<br>Attorneys for Plaintiff I.F. |
| DATED: July 30, 2020 | LAW OFFICE OF JOHN L. BURRIS |
| | */s/ John L. Burris*<br>JOHN L. BURRIS<br>Attorney for Plaintiffs, R.F.,<br>PAULA MCGOWAN,<br>and RONELL FOSTER, SR. |
| DATED: July 30, 2020 | POINTER & BUELNA LLP |
| | */s/ Adante D. Pointer*<br>ADANTE D. POINTER<br>PATRICK BUELNA<br>Attorney for Plaintiffs, R.F.,<br>PAULA MCGOWAN,<br>and RONELL FOSTER, SR. |
| DATED: August 3, 2020 | ALLEN, GLAESSNER, HAZELWOOD, WERTH |
| | */s/ Dale L. Allen, Jr.*<br>DALE L. ALLEN, JR.<br>JOHN ROBINSON<br>Attorneys for Defendants City of Vallejo |

**ORDER**

Based on the Plaintiffs' and City of Vallejo's stipulation, and with good cause appearing therefore, IT IS SO ORDERED. United States Magistrate Judge Laurel Beeler shall exercise jurisdiction over this matter for all purposes concerning settlement, including resolution of the motions to approve minors' compromises, and enforcing any settlement. All dates in this matter will be vacated and a conditional dismissal will be set for 90 days to permit the parties to execute appropriate settlement releases and documents, to permit the court to hear and decide motions to approve the minors' compromises, and for Defendants to issue checks.

DATED: August 4, 2020        /s/ John A. Mendez_____

                                          HON. JOHN A. MENDEZ
                                          United States District Court Judge