MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:   (510) 452-5500
Facsimile:   (510) 452-5510

Attorneys for Plaintiff I.F.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.F., by and through her guardian ad litem SHASTA SKINNER, individually and as successor-in-interest to Decedent RONELL FOSTER; R.F., by and through his guardian ad litem SHENA BATTEN, individually and as successor-in-interest to Decedent RONELL FOSTER; PAULA MCGOWAN, individually; and RONELL FOSTER, SR., individually.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; RYAN MCMAHON, individually and in his official capacity as a Police Officer for the CITY OF VALLEJO; and DOES 1-50, inclusive.<br><br>Defendants. | CAND No: 20-mc-80075-LB<br>CAED No: 2:18-cv-00673-JAM-CKD<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

No. 2:18-cv-00673-JAM-CKD:  STIP. AND (PROPOSED) ORDER OF DISMISSAL

1

Plaintiff I.F., by and through her guardian ad litem SHASTA SKINNER, individually and as successor-in-interest to Decedent RONELL FOSTER, and all Defendants have agreed to settle this matter.  The settlement between these parties having been approved and completed, the parties hereby stipulate to the dismissal with prejudice of all claims between this Plaintiff and all Defendants, with all parties to bear their own costs and attorneys' fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  September 25, 2020            HADDAD & SHERWIN LLP

/s/ *Julia Sherwin*

JULIA SHERWIN
Attorneys for Plaintiff

DATED: September 25, 2020             ALLEN, GLAESSNER, HAZELWOOD, WERTH

/s/ *Dale L. Allen, Jr.*

DALE L. ALLEN, JR.
Attorneys for Defendants City of Vallejo and Ryan McMahon

**ORDER**

Pursuant to stipulation of the parties, and for good cause,

**IT IS SO ORDERED.**

DATED: 9/25/2020

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge