# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.F, et al.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, et al.,<br><br>　　　　　Defendants. | CASE NO.:  2:18-cv-00673 JAM CKD<br><br>ORDER SEALING PLAINTIFF'S EXHIBIT 8 (DOC. 57-8; 58) |

　　　Plaintiff R.F.'s lodged Exhibit 8 attached to his Partial Motion for Summary Adjudication (DOC. 57-8; 58) will be sealed.

　　　IT IS SO ORDERED.

DATED:  October 30, 2020　　　　　　　　/s/ John A. Mendez

　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ

　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

1