**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs



FILED
Jan 14, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.F., et al., | CASE NO.: 2:18-cv-00673-JAM-CKD |
| Plaintiffs, | |
| v. | **DECLARATION OF MELISSA NOLD** |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

I, MELISSA C. NOLD, declare:

1. I am licensed to practice in the state of California and have been admitted to courts in the Northern and Eastern District of California, and the Ninth Circuit Court of Appeals. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts contained herein.

2. I was born, raised and currently live in the City of Vallejo. I am a civil rights attorney with my own law office, Nold Law, that is located in the City of Vallejo, which I have had since 2019.

3. I am currently the co-counsel for the Plaintiffs in the McCoy v. City of Vallejo (Case No.: 2:19-cv-01191-JAM-CKD), Burrell v. City of Vallejo (Case No.: 2:19-cv-01898-WBS-KJN), and several other civil rights lawsuits against the City of Vallejo, its police department and officers.

4. Since I started filing lawsuits against the City of Vallejo, its police department and officers, Vallejo police officers and high-ranking supervisors have harassed and attempted to repeatedly intimidate and deter me from voicing criticisms and prosecuting civil rights lawsuits against the Vallejo police officers and the City.

5. In 2019, I attended a Vallejo City Council meeting that discussed Vallejo Police Lieutenant Michael Nichelini filmed me during a city council meeting that discussed a Vallejo Police Officers' Association request to remove a clause from their contract that required drug testing following officer shootings. Nichelini stared at me and filmed me on his cell phone because he was attempting to intimidate me and keep me from voicing my dissent.

6. Furthermore, the VPOA Facebook page has repeatedly published comments targeting me in attempts to intimidate me for my criticisms of the police department.

7. On October 4, 2019, I filed a cease and desist letter with the Vallejo City Attorney's Office due to the intimidation and harassment I have suffered for merely criticizing the corruption in the Vallejo police department.

8. I filed a internal affairs complaint with the department in regards to Nichelini's intimidation tactics, and recently received a phone call from Vallejo Police Chief Shawny Williams informing me the complaint had been sustained.

9. It is also my understanding that Vallejo City Attorney Katelyn Knight, who is counsel in this case, recently filed an unconstitutional motion to gag me in the *Monterrosa v. City of Vallejo* case (Case No.: Case 2:20-cv-01563-TLN-DB), for which I am not an attorney of the parties or a counsel of record.

10. I have a First Amendment right to voice criticisms of the City government and the law enforcement agency.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: December 24, 2020

                                            *Melissa Nold*
                                       MELISSA C. NOLD