**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs



FILED
Jan 14, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.F., et al., | CASE NO.:  2:18-cv-00673-JAM-CKD |
| Plaintiffs, | **DECLARATION OF PATRICK BUELNA** |
| v. | |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

I, PATRICK M. BUELNA, declare:

1. I am licensed to practice in the state of California and have been admitted to courts in the Northern and Eastern District of California, and the Ninth Circuit Court of Appeals. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts contained herein.

2. EXHIBIT 1 – attached is a true and correct copy of the New Yorker article "How A Deadly Police Force Ruled A City After Years of Impunity, the Police in Vallejo, California, Took Over The City's Politics And Threatened Its People."

3. The parties have already executed their release and settlement of all claims and fully performed under the terms thereof.

4. On the date that Defendants' filed their instant motions and this request, Plaintiffs' counsel already had several meet and confer conferences with Defendants' counsel explaining their claims were baseless and that Plaintiffs' counsels suspected that Defendants were filing them in *bad faith* in order to intimidate them and keep them from civilly prosecuting City of Vallejo police officers, including Defendant McMahon, and the department which condoned and promoted their abhorrent behavior.

5. Plaintiffs' counsel sent an email notifying Defendants of their patent Rule 11 violation(s) when they communicated their intent to file this instant motion.
I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: December 24, 2020

Respectfully submitted,

**POINTER & BUELNA, LLP**

**LAWYERS FOR THE PEOPLE**

/s/ Patrick Buelna
PATRICK M. BUELNA
COUNSEL FOR PLAINTIFFS

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

1