IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.F, et al.<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF VALLEJO, et al.<br><br>　　　　Defendants. | Case No.: 2:18-cv-00673-JAM-CKD<br><br>**STIPULATED DISMISSAL WITH PREJUDICE AND ORDER** |

Plaintiffs R.F., by and through her guardian ad litem Shena Batten, individually and as successor-in-interest to Ronell Foster; PAULA MCGOWAN; and RONELL FOSTER, SR.; and all Defendants have agreed to settle this matter. The settlement between these parties having been approved and completed, the parties hereby stipulate to the dismissal with prejudice of all claims between these Plaintiffs and all Defendants, with all parties to bear their own costs and attorney's fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Date: May 10, 2021　　　　　　　　　　*/s/ Katelyn Knight*
　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　Katelyn Knight
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　City of Vallejo


Date: May 10, 2021　　　　　　　　　　*/s/ Derick Konz*
　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　Derick Konz
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　Ryan McMahon

| | |
|---|---|
| Date: May 10, 2021 | POINTER & BUELNA LLP |
| | */s/ Patrick M. Buelna* |
| | _____ |
| | Patrick M. Buelna |
| | Attorneys for Plaintiffs R.F., Paula McGowan, and Ronell Foster, Sr. |

///

///

///

///

///

///

## ORDER

Pursuant to stipulation of the parties, and for good cause,

**IT IS SO ORDERED.**

Dated: May 11, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE